IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AARON JIMMIE URBAN,

            Petitioner,

v.                                                 CIVIL ACTION NO.  2:25-cv-00034

CHRIS MASON, *Acting Superintendent,*
*South Central Regional Jail,*

            Respondent.

**ORDER**

Pending is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, [ECF No. 2]. This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and a recommendation ("PF&R"). On December 15, 2025, Judge Tinsley submitted his PF&R [ECF No. 15] and recommended that the court dismiss the Petition and dismiss this matter from the court's docket. Neither party filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. Accordingly, the court **DISMISSES**

Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [**ECF No. 2**], **DISMISSES** the case without prejudice, and **REMOVES** this action from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 7, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE